UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 15 Cr. 95 (JPC)
:
SHAQUILLE DEWAR, : <u>ORDER</u>
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     A court appearance was scheduled for Defendant Shaquille Dewar's alleged violations of supervised release for yesterday, December 3, 2024, at 11:30 a.m.  *See* Dkt. 3562.  Although that appearance was set for a time requested by the parties, *see* Dkt. 3561, Defendant's counsel did not appear at the proceeding.  The Court understands that the parties now propose that any proceeding on the alleged supervised release violations be adjourned until after Defendant's pending charges in the District of Utah are resolved.

     Given that Defendant (at least as of yesterday) is detained in the New York City area and he still has not been arraigned on the alleged violations, the Court is not inclined to adjourn indefinitely his appearance in this matter.  The parties therefore shall appear before the Court on December 6, 2024, at 10:00 a.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  At the appearance, the Court anticipates arraigning Defendant on the supervised release violations.  The parties also should be prepared to discuss the status of any other criminal proceedings concerning Defendant.

     SO ORDERED.

Dated: December 4, 2024
      New York, New York
                                                      JOHN P. CRONAN
                                                    United States District Judge