UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES,  :
:
:
:
-v-  :    15 Cr. 95 (JPC)
:
SHAQUILLE DEWAR,  :    <u>ORDER</u>
:
Defendant.  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     On March 26, 2025, the Court directed Defendant's counsel to advise the Court, by April 2, 2025, "whether she still seeks the relief requested in her letter of March 18, 2025, Dkt. 3583, in light of the Government's representation that Defendant arrived in the District of Utah on March 12, 2025, has appeared in the district court on the Utah Case, and has been appointed counsel in that case." Dkt. 3589. Further, the Court advised that "[i]f Defendant's counsel continues to seek the relief sought in that letter, she must respond substantively to the arguments in the Government's letter, including why this District is the appropriate forum to address the concerns raised." *Id.* That date has passed, and Defendant's counsel has not made any submission in response to the March 26, 2025 Order. Because Defendant apparently is no longer seeking the relief requested in the March 18, 2025 letter, any relief sought in that letter is denied without prejudice. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 3583.

     SO ORDERED.

Dated: April 7, 2025
      New York, New York

                                                                    JOHN P. CRONAN
                                                              United States District Judge