UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
UNITED STATES, :
:
:
:
-v-  :  15 Cr. 95 (JPC)
:
SHAQUILLE DEWAR, :  ORDER
:
Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 12, 2025, the Court directed the Government to provide an update on the status of Shaquille Dewar's prosecution in the District of Utah by September 12, 2025, or at the resolution of the prosecution, whichever was sooner. Dkt. 3582. Because the Government has not yet provided an update, the Court extends the Government's deadline to provide a status update until September 22, 2025.

SO ORDERED.

Dated: September 15, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge